UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ROBERT B RUDECKI | CASE NO. 11-32373 |
| SHEREE K RUDECKI | CHAPTER 13 PROCEEDING |
| DEBTORS | |
| ------------------------------- | Adversary Proceeding 11-3033 |
| ROBERT B RUDECKI and SHEREE K RUDECKI<br>Plaintiffs,<br>vs.<br>TERRY A. PRICE<br>Defendant | |

## TEMPORARY RESTRAINING ORDER WITHOUT NOTICE

At ~~South Bend~~ Munster, Indiana on June 14, 2011 at 2:28 am/**pm**

Plaintiffs, Robert and Sheree Rudecki, by counsel, having filed a Verified Motion for Temporary Restraining Order Without Notice, and meeting the requirements of N.D. Ind. L.B.R. B-7065-1, it is now

**ORDERED and ADJUDGED** that Defendant taking any action on the Complaint filed on or about December 2, 2010, in cause number 71D-051012-PL-00266, in the St. Joseph County Superior Court and taking any action to enforce the land contract for the purchase of 324 Liberty, Walkerton, IN that is the subject of the said Complaint will cause irreparable harm to the administration of the Chapter 13 case and interfere with the successful reorganization of Debtors for the following reasons: 11 U.S.C. §1304 permits a debtor that is self-employed to continue to operate his business, Plaintiffs make the land contract payments for Bernard Rudecki under the

1

land contract, the income derived from the continued operation of Twin Maple Tool, Inc at 324 Liberty, Walkerton, IN is property of the bankruptcy estate pursuant to 11 U.S.C. §1306(a)(2), and Debtors intentions to cure the default and maintain payments to Defendant or obtain financing with the help of Bernard Rudecki to payoff Defendant;

**ORDERED and ADJUDGED** that notice is not required for the entry of a temporary restraining order because Defendant has shown an intention to proceed to trial and seek a money judgment and foreclosure or forfeiture despite Plaintiff's counsel attempts to notify Defendant's counsel;

**ORDERED and ADJUDGED** that the Defendant, the Defendant's attorneys, agents, and employees and successors and any other persons or entities in active participation with Defendant are restrained and stopped from taking any action upon Defendants' rights (including but not limited to proceeding to trial and seeking judgment in cause number 71D-051012-PL-00266) against Twin Maple Tool, Inc and Bernard Rudecki for 14 days, which time can be extended for good cause;

**ORDERED and ADJUDGED** that compliance with Federal Rule of Civil Procedure 65 ( c ) is not necessary at this time pursuant to Federal Rule of Bankruptcy Procedure 7065.

**SO ORDERED.**

Harry C. Dees, Jr., Judge

United States Bankruptcy Court

2